# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

144851

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEITH FITZGERALD JACKSON,
      Defendant-Appellant.

SC: 144851
COA: 307648
Genesee CC: 10-027734-FH

_____/

On order of the Court, the application for leave to appeal the February 7, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

_____
Clerk

h1015